JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL R. SPENGLER, | ) | Case No. CV 20-356-DOC (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LOS ANGELES COUNTY DISTRICT ATTORNEY, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Denying Motion to Stay State Proceedings and Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition and this action are dismissed with prejudice.

DATED: February 4, 2020

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1